IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 06-cv-00269-ZLW

JUL 21 2006

JOSE VEGA,

GREG    C. LANGHAM
CLERK

Plaintiff,

v.

R. WILEY, Warden ADX, and
ALL EMPLOYEES OF ADX,

Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Plaintiff's "Procedural Motion for an Order Authorizing Consolidation of Filing Fees Incurred Pursuant to 28 U.S.C. Section 1915(b)(1)" filed on July 19, 2006, is DENIED.

Dated:  July 21, 2006

Copies of this Minute Order were mailed on July 21, 2006, to the following:

Jose Vega
Reg. No. 45189-053
MCFP
P.O. Box 4000
Springfield, MO 65801

Secretary/Deputy Clerk